David E. Mastagni, Bar No. 204244
Isaac S. Stevens, Bar No. 251245
Ace T. Tate, Bar No. 262015
**MASTAGNI HOLSTEDT**
A Professional Corporation
1912 "I" Street
Sacramento, California 95811
Telephone: 916.446.4692
Facsimile: 916.447.4614

Attorneys for Plaintiff

CAROLEE G. KILDUFF, SBN 107232
   Email: ckilduff@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant CITY OF FOLSOM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN THOMAS, on behalf of himself and all similarly situated individuals,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>CITY OF FOLSOM,<br><br>　　　　　　　　　Defendants. | Case No.: 2:16-cv-02038-WBS<br><br>**STIPULATION TO CONTINUE INITIAL STATUS CONFERENCE AND RELATED DATES; [PROPOSED] ORDER** |

　　　　Plaintiff BRIAN THOMAS ("Plaintiff") and Defendant CITY OF FOLSOM ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

　　　　A.　　WHEREAS, Plaintiff filed its complaint on August 25, 2016, and served Defendant on November 17, 2016;

-1-
**STIPULATION TO CONTINUE INITIAL STATUS CONFERENCE AND RELATED DATES**

1      B.     WHEREAS, the Court scheduled an initial status (pretrial scheduling) conference
2 for January 3, 2017, and the parties' Joint Status Report is due December 20, 2016.

3      C.     WHEREAS, the parties stipulated for an extension of time for Defendant to file a
4 response to the complaint, up to and including January 5, 2017.

5      D.     WHEREAS, Defendant will not have formally appeared in this case until after the
6 current deadline to file a Joint Status Report and the initial status conference has passed.

7      C.     WHEREAS, the parties request additional time to evaluate their respective claims
8 and defenses in order to meaningfully participate in preparation of a joint status report and the
9 initial status conference.

10     NOW THEREFORE, Plaintiff and Defendant stipulate that:

11     1.     It is in the interest of judicial economy to continue the initial status conference
12 from January 3, 2017, to February 7, 2017.  No party will be prejudiced by a continuance of the
13 initial status conference.

14     2.     The parties further stipulate that the Joint Status Report be due on or before
15 January 24, 2017.

16     3.     The parties agree to meet and confer on a discovery plan as required by FRCP
17 26(f) on or before January 17, 2017.

18 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  December 16, 2016                **ANGELO, KILDAY & KILDUFF, LLP**

                                         By:*/s/ Carolee G. Kilduff*
                                             CAROLEE G. KILDUFF
                                             Attorneys for Defendant
                                             CITY OF FOLSOM

Dated:  December 16, 2016                **MASTAGNI HOLSTEDT, APC**

                                         By: */s/ Ace T. Tate*
                                             DAVID E. MASTAGNI
                                             ISAAC S. STEVENS
                                             ACE T. TATE
                                             Attorneys for Plaintiff

**ORDER**

PURSUANT TO STIPULATION BY THE PARTIES TO THIS CASE, IT IS HEREBY ORDERED THAT:

1. The initial status conference is continued from January 3, 2017, to **February 13, 2017 at 1:30 p.m.**

2. The parties' Joint Status Report is due on or before **January 30, 2017**.

3. The parties shall meet and confer on a discovery plan as required by FRCP 26(f) on or before January 17, 2017.

Dated:  December 16, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE