IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN THOMAS, et al. on behalf of himself and all similarly situated individuals,<br><br>        Plaintiff,<br>v.<br><br>CITY OF FOLSOM,<br><br>        Defendant. | Case 2:16-cv-02038-WBS-KJN<br><br>**ORDER GRANTING**<br>**APPROVAL OF SETTLEMENT** |

The Court has carefully reviewed the Settlement Agreement, the Stipulation and proposed Order, and relevant Exhibits. Based upon a review of the record, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiffs are similarly situated for the purposes of final certification of this matter as a collective action.

2. The Settlement Agreement, which is incorporated herein by reference, is approved as fair, reasonable and just in all respects as to the Plaintiffs, and the parties shall perform the Settlement Agreement in accordance with its terms;

3. The Court reserves jurisdiction over this Action for the purposes of enforcing the Settlement Agreement;

4. The Court has made no findings or determination regarding the law, and this Stipulation

and Order and any Exhibits and any of the other documents or written materials prepared in conjunction with this Stipulation and Order shall not constitute evidence of, or any admission of, any violation of the law.

5. Judgment is entered in this action, and this action is dismissed with prejudice. The Clerk shall close this file.

IT IS SO ORDERED.

Dated: October 23, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE